**DISMISS and Opinion Filed August 22, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00802-CV

## IN THE INTEREST OF J.L.W.-J., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00514-W**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Myers

The Court questioned its jurisdiction over this appeal because it appeared the notice of appeal was untimely. We instructed appellant to file, by July 22, 2019, a letter brief addressing our concern and cautioned her that failure to comply may result in dismissal of the appeal without further notice. As of today's date, appellant has not complied.

The underlying lawsuit is a child protection case filed by the Department of Family and Protective Services. An appeal from a judgment in such a lawsuit is accelerated. *See* TEX. R. APP. P. 28.4(a)(1). In an accelerated appeal, the notice of appeal is due twenty days or, with an extension motion thirty-five days, after the judgment is signed. *See id*. 26.1(b). Without a timely notice of appeal, this Court lacks jurisdiction. *See id*. 25.1(b).

The trial court signed the judgment on May 2, 2019. Accordingly, the notice of appeal was due on May 22, 2019. *Id*. 26.1(b). Appellant filed the notice of appeal on July 1, 2019, forty days past the deadline.

Because appellant failed to timely file the notice of appeal, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Lana Myers/
LANA MYERS
JUSTICE

190802F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.L.W.-J., A CHILD

No. 05-19-00802-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas
Trial Court Cause No. JC-18-00514-W.
Opinion delivered by Justice Myers. Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 22nd day of August, 2019.